MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
HEATHER R. BOBKOVA (CA SBN 257014)
HBobkova@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
DSP GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>                  Plaintiff,<br><br>     v.<br><br>DSP Group, Inc.,<br><br>                  Defendant. | Case No.  C:09-01145 JW HRL<br>FINDING AS MOOT<br>**THIRD STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

THIRD STIPULATION REGARDING
EXTENSION OF TIME TO RESPOND TO COMPLAINT
sf-2702735

Pursuant to Local Rule 6-1(a), the parties in the above-captioned action hereby stipulate through their respective counsel that Defendant shall have up to and including June 29, 2009 to answer or otherwise respond to the complaint. This constitutes an extension of 7 days from the current response date of June 22, 2009. This extension will not alter an event or deadline already set by the Court.

Dated: June 24, 2009

MICHAEL A. JACOBS
HEATHER R. BOBKOVA
MORRISON & FOERSTER LLP

By: s/ Heather R. Bobkova
     Heather R. Bobkova

Attorneys for Defendant
DSP GROUP, INC.

Dated: June 24, 2009

LAW OFFICES OF DAVID N. KUHN

By: s/ David Noel Kuhn
     David Noel Kuhn

Attorney for Plaintiff
GREGORY BENDER

**IT IS SO ORDERED:**

The parties' Third Stipulation regarding extension of time to respond to complaint is MOOT. Plaintiff filed an AMENDED Complaint on June 26, 2009. Defendant may make further requests for extension of time as to the AMENDED complaint, or file an answer pursuant to the Federal Rules of Civil Procedure.

Dated: July 10, 2009

_United States District Judge James Ware_

THIRD STIPULATION REGARDING
EXTENSION OF TIME TO RESPOND TO COMPLAINT
sf-2702735

1

1     I, Heather R. Bobkova, am the ECF User whose ID and password are being used to file this Third Stipulation Regarding Extension of Time to Respond to Complaint.  In compliance with General Order 45, X.B., I hereby attest that David N. Kuhn has concurred in this filing.

Dated: June 24, 2009

HEATHER R. BOBKOVA
MORRISON & FOERSTER LLP

By:  s/ Heather R. Bobkova
      Heather R. Bobkova

Attorneys for Defendant
DSP GROUP, INC.

THIRD STIPULATION REGARDING
EXTENSION OF TIME TO RESPOND TO COMPLAINT
sf-2702735

2