MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
HEATHER R. BOBKOVA (CA SBN 257014)
HBobkova@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Matthew M. D'Amore (Admitted *pro hac vice*)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212.468.8000
Fax: 212.468.7900

Attorneys for Defendant
DSP GROUP, INC.

IT IS SO ORDERED
Judge James Ware
7/24/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>    Plaintiff,<br><br>    v.<br><br>DSP Group, Inc.,<br><br>    Defendant. | Case No.  C:09-01145 JW HRL<br><br>**FOURTH STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

FOURTH STIPULATION REGARDING
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT
sf-2713929

1  Pursuant to Local Rule 6-1(a), the parties in the above-captioned action hereby stipulate
2  through their respective counsel that Defendant shall have up to and including July 30, 2009 to
3  answer or otherwise respond to the amended complaint.  This constitutes an extension of 14 days
4  from the current response date of July 16, 2009.  This extension will not alter an event or deadline
5  already set by the Court.

6  Dated: July 15, 2009                              MICHAEL A. JACOBS
                                                     MATTHEW M. D'AMORE
7                                                    HEATHER R. BOBKOVA
                                                     MORRISON & FOERSTER LLP
8

9
                                                     By:  s/ Heather R. Bobkova
10                                                        Heather R. Bobkova

11                                                   Attorneys for Defendant
                                                     DSP GROUP, INC.
12

13

14 Dated: July 15, 2009                              LAW OFFICES OF DAVID N. KUHN

15

16                                                   By:   s/ David Noel Kuhn
                                                           David Noel Kuhn
17

18                                                   Attorney for Plaintiff
                                                     GREGORY BENDER
19

20

21

22

23

24

25

26

27

28

 FOURTH STIPULATION REGARDING
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT                                              1
sf-2713929

1   I, Heather R. Bobkova, am the ECF User whose ID and password are being used to file
2   this Third Stipulation Regarding Extension of Time to Respond to Amended Complaint.  In
3   compliance with General Order 45, X.B., I hereby attest that David N. Kuhn has concurred in this
4   filing.

5
    Dated: July 15, 2009                              HEATHER R. BOBKOVA
6                                                    MORRISON & FOERSTER LLP
7

8                                              By:   s/ Heather R. Bobkova
                                                     Heather R. Bobkova
9
                                                     Attorneys for Defendant
10                                                   DSP GROUP, INC.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

 FOURTH STIPULATION REGARDING
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT                            2
sf-2713929