MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
HEATHER R. BOBKOVA (CA SBN 257014)
HBobkova@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Matthew M. D'Amore (Admitted *pro hac vice*)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212.468.8000
Fax: 212.468.7900
Attorneys for Defendant
DSP GROUP, INC.

*IT IS SO ORDERED*
Judge James Ware
7/31/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>        Plaintiff,<br><br>  v.<br><br>DSP Group, Inc.,<br><br>        Defendant. | Case No. C:09-01145 JW HRL<br><br>**FIFTH STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

FIFTH STIPULATION REGARDING
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT
sf-2720492

1  Pursuant to Local Rule 6-1(a), the parties in the above-captioned action hereby stipulate
2  through their respective counsel that Defendant shall have up to and including August 6, 2009 to
3  answer or otherwise respond to the amended complaint.  This constitutes an extension of 7 days
4  from the current response date of July 30, 2009.  This extension will not alter an event or deadline
5  already set by the Court.

6  Dated: July 30, 2009                MICHAEL A. JACOBS
                                       MATTHEW M. D'AMORE
7                                      HEATHER R. BOBKOVA
                                       MORRISON & FOERSTER LLP
8

9
                                       By:   s/ Heather R. Bobkova
10                                           Heather R. Bobkova

11                                     Attorneys for Defendant
                                       DSP GROUP, INC.
12

13

14 Dated: July 30, 2009                LAW OFFICES OF DAVID N. KUHN

15

16                                     By:   s/ David Noel Kuhn
                                             David Noel Kuhn
17

18                                     Attorney for Plaintiff
                                       GREGORY BENDER
19

FIFTH STIPULATION REGARDING                                                                    1
 EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT
sf-2720492

1     I, Heather R. Bobkova, am the ECF User whose ID and password are being used to file this Fifth Stipulation Regarding Extension of Time to Respond to Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that David N. Kuhn has concurred in this filing.

Dated: July 30, 2009

HEATHER R. BOBKOVA
MORRISON & FOERSTER LLP

By:  s/ Heather R. Bobkova
     Heather R. Bobkova

Attorneys for Defendant
DSP GROUP, INC.